## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

THOMAS RODGERS                                                        PLAINTIFF

V.                                          No. 4:21-CV-212-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration[1]                          DEFENDANT

## ORDER

Plaintiff, Thomas Rodgers, seeks judicial review of the administrative denial of his claims for disability insurance benefits. *Doc. 2*. The Commissioner has filed an Unopposed Motion to Reverse and Remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). *Doc. 18.* The Motion states that Plaintiff's counsel does not oppose the requested reversal and remand. *Id. at 1.* Under the circumstances, remand is appropriate.

Accordingly, the Commissioner's Unopposed Motion to Reverse and Remand (*Doc. 18*) is GRANTED. The Commissioner's prior decision is REVERSED, and this matter is REMANDED for further administrative proceedings and issuance of a new decision. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

---

[1] On July 9, 2021, Kilolo Kijakazi became the Acting Commissioner of the Social Security Administration and is substituted as the Defendant in this action. Fed. R. Civ. P. 25(d).

SO ORDERED, this 7th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE