UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

THOMAS RODGERS                                                                                    PLAINTIFF

V.                                          No. 4:21-CV-212-JTR

KILOLO KIJAKAZI, Commissioner
Social Security Administration                                                                    DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that judgment be entered for Plaintiff, Thomas Rodgers, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 7th day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE